# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131957

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 131957
                                       COA: 270555
                                       Washtenaw CC: 03-000753-AR

WILLIAM ALLEN SIMPSON,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

t1120